```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0163 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v.  ) | STATUS CONFERENCE, SETTING |
| ) | BRIEFING SCHEDULE AND EXCLUDING |
| ALONZO BANKS, ) | |
| ) | Date:  June 9, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the status conference now scheduled for June 9, 2006, be vacated, and the matter continued until August 4, 2006, at 10:00 a.m. for hearing or hearing setting on defendant's pretrial motion(s).

At this time the defense anticipates filing a motion to suppress evidence seized during a search pursuant to a California state search warrant of a residence in Sacramento.  No definite decision has been made regarding other possible motions.

The search warrant at issue in this case was based, in part, on sealed affidavits setting forth information from confidential

1  informants.  Following informal discussions between counsel, the
2  government has advised it will disclose some but not all of the sealed
3  information voluntarily.  The adequacy of that additional promised
4  information to permit full consideration of the validity of the
5  searches and seizures cannot be determined before review of the
6  material.

7  **IT IS FURTHER STIPULATED** therefore, that pretrial motions be filed
8  according to the following schedule which assumes the adequacy to
9  permit preparation of a motion to suppress of agreed upon further
10 discovery :

11       Defendant's motion(s) to be filed by           **June 30, 2006**
12       Plaintiff's Opposition to be filed by          **July 21, 2006**
13       Defendant's Optional Reply to be filed by      **July 28, 2006**
14       Argument and/or Hearing Setting                **August 4, 2006**

15      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
16 Trial Act be excluded from the filing of this stipulation on June 8,
17 2006, until August 4, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(A) &
18 (B)(iv), Local Code T-4, and pursuant to 18 U.S.C. § 3161(h)(1)(F),
19 Local Code E, commencing upon the filing of defendant's motion.
20      **IT IS SO STIPULATED.**

21

22 Dated: June 8, 2006              /s/ Garth Hire
                                   GARTH HIRE
23                                 Assistant United States Attorney
                                   Counsel for Plaintiff
24

25
   Dated: June 8, 2006              /S/ Jeffrey L. Staniels
26                                 JEFFREY L. STANIELS
                                   Assistant Federal Defender
27                                 Attorney for Defendant
                                   ALONZO BANKS
28

Stipulation & Order Setting
Dates and Excluding Time          -2-

**O R D E R**

The proposed briefing schedule as set forth in the above stipulation of the parties is hereby approved.

**IT IS SO ORDERED.**

By the Court,

June __8__, 2006                    /s/ Edward J. Garcia
                                     Hon. Edward J. Garcia
                                     Senior United States District Judge