| | |
|---|---|
| 1   DANIEL J. BRODERICK, #89424<br>     Federal Defender<br>2   JEFFREY L. STANIELS, Bar #91413<br>     Assistant Federal Defender<br>3   Designated Counsel for Service<br>     801 I Street, 3rd Floor<br>4   Sacramento, California 95814<br>     Telephone: (916) 498-5700 | **FILED**<br><br>AUG 0 2 2006<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ALONZO BANKS,<br><br>          Defendant. | No. 2:06-cr-0163 EJG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING BRIEFING SCHEDULE, SETTING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: August 4, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

    **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the motion briefing schedule culminating in a hearing date of August 4, 2006 be vacated, that a status conference be calendared for August 18, 2006 and that time for trial under the Speedy Trial Act continue to be excluded until August 18, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4.

    This request is made by the defense in order to permit time to

1  conduct additional investigation relevant to trial and motions,
2  including with respect to the motion to suppress which the defense
3  advised the court it intended to file.  Investigation is needed in
4  light of other investigation results, further information obtained
5  during a view of physical evidence, which includes additional discovery
6  which has been informally requested and which the government has agreed
7  to supply.  Further consultation with Mr. Banks is also needed in order
8  to fully explain alternative approaches to the case and to resolve what
9  motions should be explored.
10      The search warrant at issue in this case was based, in part, on
11 sealed affidavits setting forth information from confidential
12 informants.  Following informal discussions between counsel, the
13 government has disclosed part but not all of the sealed information
14 voluntarily.  Following review of that further disclosure, defense
15 counsel believes that the portions of the warrant now known to the
16 defense are not adequate to permit full evaluation of the validity of
17 the search warrant that produced the physical evidence involved in the
18 case and which led to the custodial statement of the defendant.
19 Government counsel does not agree with that assessment, but does not
20 object to the request for additional time to permit exploration of the
21 issue.
22      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
23 Trial Act be excluded until August 18, 2006, pursuant to 18 U.S.C. §
24 3161(h)(8)(A) & (B)(iv), Local Code T-4.  The court is advised that
25 / / / /
26 / / / /
27 / / / /
28 / / / /

Stipulation & Order Setting
Dates and Excluding Time            -2-

1  time for trial was previously excluded under Local Code T-4 until
2  August 4, 2006, by an earlier stipulation and order, CR 11.
3      **IT IS SO STIPULATED.**
4
5  Dated:  July 24, 2006                /s/ Garth Hire
                                        GARTH HIRE
6                                       Assistant United States Attorney
                                        Counsel for Plaintiff
7
8
   Dated:  July 24, 2006                /S/ Jeffrey L. Staniels
9                                       JEFFREY L. STANIELS
                                        Assistant Federal Defender
10                                      Attorney for Defendant
                                        ALONZO BANKS
11
12
                                O R D E R
13
       The above stipulation of the parties is hereby approved.  The
14
   briefing schedule and hearing on August 4, 2006, are hereby vacated.
15
   This matter will be calendared for status conference on this court's
16
   calendar of August 18, 2006.
17
       **IT IS SO ORDERED.**
18
                    By the Court,
19
20
   Aug 1, 2006                          [signature]
21                                      Hon. Edward J. Garcia
                                        Senior United States District Judge
22
...
28

Stipulation & Order Setting
Dates and Excluding Time              -3-