```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0163 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING STATUS CONFERENCE, SETTING BRIEFING SCHEDULE AND EXCLUDING TIME |
| ALONZO BANKS, | |
| Defendant. | Date: August 18, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the status conference now scheduled for August 18, 2006, be vacated, that the matter be continued, and that a briefing schedule for pretrial motions be established.

At this time the defense anticipates filing a motion to suppress evidence seized during a search pursuant to a California state search warrant of a residence in Sacramento. No definite decision has been made regarding other possible motions, although no other specific motions have been identified.

**IT IS FURTHER STIPULATED** therefore, that pretrial motions be filed

1 according to the following schedule:

2     Defendant's motion(s) to be filed by **September 1, 2006**

3     Plaintiff's Opposition to be filed by **September 22, 2006**

4     Defendant's Optional Reply to be filed by **September 29, 2006**

5     Argument and/or Hearing Setting **October 6, 2006**

6     The court is advised that the search and seizure complained of was

7 conducted to pursuant to a state court issued search warrant.  The

8 issues contemplated by the defense appear, at least at this time, to be

9 likely not to require an evidentiary hearing.

10     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

11 Trial Act be excluded from the filing of this stipulation on

12 August 14, 2006, until October 6, 2006 pursuant to 18 U.S.C. §

13 3161(h)(8)(A) & (B)(iv), Local Code T-4, and pursuant to 18 U.S.C. §

14 3161(h)(1)(F), Local Code E, commencing upon the filing of defendant's

15 motion.

16     **IT IS SO STIPULATED.**

17

18 Dated: August 14, 2006         /s/ Garth Hire
19                                             GARTH HIRE
                                            Assistant United States Attorney
                                            Counsel for Plaintiff
20

21
22 Dated: August 14, 2006         /S/ Jeffrey L. Staniels
                                            JEFFREY L. STANIELS
                                            Assistant Federal Defender
23                                             Attorney for Defendant
                                            ALONZO BANKS
24

25                             **O R D E R**

26     The proposed briefing schedule as set forth in the above

27 stipulation of the parties is hereby approved.

28     The status conference currently set for August 18, 2006 is hereby

Stipulation & Order Setting
Dates and Excluding Time         -2-

1  **VACATED.**

2  　　The matter is ordered re-calendared for argument on motions on
3  October 6, 2006, at 10:00 a.m.  If an evidentiary hearing is required
4  it will be set at that time.

5  　　**IT IS SO ORDERED.**

6  　　　　　　　　By the Court,

7

8  August 14, 2006　　　　　　　　/S/ Edward J. Garcia
　　　　　　　　　　　　　　　　Hon. Edward J. Garcia
9  　　　　　　　　　　　　　　　Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order Setting
Dates and Excluding Time          -3-