DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-cr-0163 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER MODIFYING |
| v. | ) BRIEFING SCHEDULE, CONTINUING |
| | ) MOTION HEARING DATE, AND |
| ALONZO BANKS, | ) EXCLUDING TIME |
| | ) |
| Defendant. | ) Date: October 6, 2006 |
| | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the motion hearing now scheduled for October 6, 2006, be vacated, that the matter be continued one week to October 13, 2006, and that the briefing schedule be modified as follows.

Defendant's Motion to be filed not later than                September 18, 2006
Government's Response to be filed not later than            October 6, 2006
Defendant's Optional Reply to be filed not later than       October 9, 2006
Motion Hearing and Evidentiary Hearing Setting              October 13, 2006

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act was previously excluded from the filing of an earlier stipulation until October 6, 2006.  The further exclusion of time beyond October 6, 2006, follows pursuant to 18 U.S.C. § 3161(h)(1)(F) Local Code E, commencing upon the filing of defendant's motion on September 18, 2006.

**IT IS SO STIPULATED**.

Dated:  September 18, 2006          /s/ Garth Hire
                                    GARTH HIRE
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated:  September 18, 2006          /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ALONZO BANKS

# O R D E R

The motions hearing currently set for October 6, 2006 is hereby **VACATED**.

The matter is ordered re-calendared for argument on motions on October 13, 2006, at 10:00 a.m.  If an evidentiary hearing is required it will be set at that time.

**IT IS SO ORDERED**.

                    By the Court,


September 18 , 2006                 /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
                                    Senior United States District Judge


Stipulation & Order Setting
Dates and Excluding Time        -2-