```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0163 EJG |
| Plaintiff, | **ORDER DIRECTING CLERK TO FILE DOCUMENT UNDER SEAL** |
| v. | |
| ALONZO BANKS, | Date: October 13, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | |

**WHEREAS** this court has previously entered a protective order in this case, CR 18, the terms of which require that certain documents be filed under seal; and

**WHEREAS** counsel for defendant advises that he has delivered to the clerk of court a computer disk containing a Reply Memorandum pertaining to his previously filed motion to suppress evidence, which memorandum references matters subject to the above-mentioned protective order;

**THEREFORE**, the clerk of the court is directed to accept the tendered Reply Memorandum for filing and to file it under seal pursuant

1  to the procedures in place for such filings.
2  **IT IS SO ORDERED.**
3                     By the court,
4
5  Dated:  October 11, 2006        /s/ Edward J. Garcia
                                    Hon. Edward J. Garcia
6                                   Senior United States District Judge

Order to File Document
Under Seal                        -2-