```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALONZO BANKS,<br><br>        Defendant.<br>_____ | No. 2:06-cr-0163 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>DATE, AND EXCLUDING TIME<br><br>Date:  January 26, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the motion hearing now scheduled for January 26, 2007, be vacated, that the matter be continued to February 9, 2007, for entry of a change of plea.  The court is advised that the motion to suppress evidence is withdrawn with respect to issues not yet ruled on by the court.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) with respect to the motion taken under submission, and pursuant to 18 U.S.C. § 3161(8)(A)&(B)(iv), Local Code T-4 from the filing of this stipulation until February 9, 2009.

    **IT IS SO STIPULATED**.

Dated:  January 23, 2007      /s/ Garth Hire
                                               GARTH HIRE
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

Dated:  January 23, 2007      /S/ Jeffrey L. Staniels
                                               JEFFREY L. STANIELS
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               ALONZO BANKS

**O R D E R**

    The motions hearing set for January 26, 2007, having been taken under submission on January 23, 2007 by previous minute order, CR 39, the proceeding scheduled for January 26, 2007 is hereby **vacated**.

    The defendant's motion to suppress, previously denied in part, is hereby dismissed based on the defendant's withdrawal of the motion.

    The matter is ordered re-calendared for status conference and/or change of plea on February 9, 2007.

    Time for trial under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) due to the motion to suppress which was taken under submission, through the date of the filing of this order, and

1  pursuant to 18 U.S.C. § 3161(8)(A)&(B)(iv), Local Code T-4, from the
2  filing of this stipulation until February 9, 2009.
3      **IT IS SO ORDERED**.
4                      By the Court,
5
6  January 23, 2007            /s/ Edward J. Garcia
7                                  Hon. Edward J. Garcia
                                   Senior United States District Judge