DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0163 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING DATE |
| ) | |
| ALONZO BANKS, ) | |
| ) | Date:  April 27, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for April 27, 2007, be vacated, that the matter be continued to May 18, 2007.

This continuance is jointly sought in order to permit the parties to confer with the Probation Office and each other concerning a disagreement between the probation report and the parties' stipulation

regarding a significant sentencing factor.

**IT IS SO STIPULATED.**

Dated:  April 19, 2007          /s/ Garth Hire
                                GARTH HIRE
                                Assistant United States Attorney
                                Counsel for Plaintiff


Dated:  April 19, 2007          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ALONZO BANKS


**O R D E R**

The parties' stipulated request for a continuance is hereby GRANTED.  The date for judgment and sentencing set for April 27, 2007, is hereby **vacated** and re-calendared for May 18, 2007.

**IT IS SO ORDERED.**

                By the Court,


April 19, 2007                  /s/ Edward J. Garcia
                                Hon. Edward J. Garcia
                                Senior United States District Judge


Stipulation & Order Continuing
Judgment and Sentencing         -2-