DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>            Plaintiff,  )<br>        )<br>    v.  )<br>        )<br>ALONZO BANKS,  )<br>        )<br>            Defendant.  )<br>_____ ) | No. 2:06-cr-0163 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>SENTENCING DATE<br><br>Date: May 18, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for May 18, 2007, be vacated, and that the matter be continued to June 8, 2007.

This continuance is jointly sought in order to permit the parties to confer further regarding a disagreement between the probation report and the parties' stipulation regarding a significant sentencing factor.

In addition counsel for both parties are aware that the Ninth Circuit decided a case on May 7, 2007, which is pertinent to this case and which may obviate the need to litigate the other disagreement.

**IT IS SO STIPULATED.**

Dated:  May 10, 2007          /s/ Garth Hire
                              GARTH HIRE
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  May 10, 2007          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALONZO BANKS


**O R D E R**

The parties' stipulated request for a continuance is hereby GRANTED.  The date for judgment and sentencing set for May 18, 2007, is hereby **vacated** and re-calendared for June 8, 2007.

**IT IS SO ORDERED.**

          By the Court,


May 11, 2007                  /s/ Edward J. Garcia
                              Hon. Edward J. Garcia
                              Senior United States District Judge


Stipulation & Order Continuing
Judgment and Sentencing          -2-