DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | No. 2:06-cr-0163 EJG |
|                           )   Plaintiff,  ) | |
|                            ) | STIPULATION AND ORDER CONTINUING |
|    v.                      ) | SENTENCING DATE |
|                            ) | |
| ALONZO BANKS,              ) | Date: June 8, 2007 |
|                Defendant.  ) | Time: 10:00 a.m. |
|                            ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for June 8, 2007, be vacated, and that the matter be continued to June 29, 2007.

This continuance is jointly sought in order to permit the parties to confer further regarding a disagreement between the probation report and the parties' stipulation regarding a significant sentencing factor,

as well as the effect of a recently decided case in the Court of Appeals.

**IT IS SO STIPULATED.**

Dated:  June 6, 2007          /s/ Garth Hire
                              GARTH HIRE
                              Assistant United States Attorney
                              Counsel for Plaintiff


Dated:  June 6, 2007          /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ALONZO BANKS


**O R D E R**

The parties' stipulated request for a continuance is hereby GRANTED.  The date for judgment and sentencing set for June 8, 2007, is hereby **vacated** and re-calendared for June 29, 2007.

**IT IS SO ORDERED.**

                By the Court,


June 6, 2007                  /s/ Edward J. Garcia
                              Hon. Edward J. Garcia
                              Senior United States District Judge

Stipulation & Order Continuing
Judgment and Sentencing          -2-