DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>        Plaintiff,            )<br>                              )<br>    v.                        )<br>                              )<br> ALONZO BANKS,                 )<br>                              )<br>        Defendant.            )<br> _____ ) | No. 2:06-cr-0163 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>SENTENCING DATE<br><br>Date:  June 29, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for June 29, 2007, be vacated, and that the matter be continued to July 6, 2007.

This continuance is jointly sought in order to permit the parties to confer further regarding a disagreement between the probation report and the parties' stipulation regarding a significant sentencing factor,

as well as the effect of an amended opinion, issued June 20, 2007, in a recently decided case in the Court of Appeals also bearing on a guideline issue.

This continuance is also sought due to the unexpected timing of a family obligation which requires travel to San Francisco and Los Angeles and thus causes the unavailability of defense counsel on June 29, 2007.

**IT IS SO STIPULATED.**

Dated: June 22, 2007    /s/ Garth Hire
                        GARTH HIRE
                        Assistant United States Attorney
                        Counsel for Plaintiff


Dated: June 22, 2007    /S/ Jeffrey L. Staniels
                        JEFFREY L. STANIELS
                        Assistant Federal Defender
                        Attorney for Defendant
                        ALONZO BANKS


**O R D E R**

The parties' stipulated request for a continuance is hereby GRANTED. The date for judgment and sentencing set for June 29, 2007, is hereby **vacated** and re-calendared for July 6, 2007.

**IT IS SO ORDERED.**

By the Court,


June 26, 2007           /s/ Edward J. Garcia
                        Hon. Edward J. Garcia
                        Senior United States District Judge

Stipulation & Order Continuing
Judgment and Sentencing            -2-