1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700


FILED
JUL -5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. 2:06-cr-0163 EJG
                                    )
            Plaintiff,              )
                                    ) STIPULATION AND [PROPOSED] ORDER
     v.                             ) CONTINUING SENTENCING DATE
                                    )
ALONZO BANKS,                       )
                                    ) Date:  July 6, 2007
            Defendant.              ) Time:  10:00 a.m.
                                    ) Judge: Hon. Edward J. Garcia
                                    )

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for July 6, 2007, be vacated, and that the matter be continued to August 24, 2007.

   This continuance is jointly sought in order to permit consultation with the probation officer who prepared the presentence report about a modification that the parties believe needs to be made, and to permit

the parties to complete and the court to consider sentencing memoranda on two significant disputed issues: namely the effect on the findings and recommendations of the report in light of the decisions of the court of appeals in United States v. Ramirez, 347 F.3d 792 (9th Cir. 2003), and United States v. Hollis, __ F.3d __, 2007 U.S. App. LEXIS 14467 (9th Cir., June 20, 2007).

**IT IS SO STIPULATED.**

Dated:   July 3, 2007        /s/ Garth Hire
                             GARTH HIRE
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated:   July 3, 2007        /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALONZO BANKS


# O R D E R

The parties' stipulated request for a continuance is hereby GRANTED. The date for judgment and sentencing set for July 6, 2007, is hereby **vacated** and re-calendared for August 24, 2007.

**IT IS SO ORDERED.**

By the Court,

July _3_, 2007

Hon. Edward J. Garcia
Senior United States District Judge

Stipulation & Order Continuing
Judgment and Sentencing           -2-