DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0163 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING DATE |
| ) | |
| ALONZO BANKS, ) | |
| ) | Date:  August 24, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for judgment and sentencing, now scheduled for August 24, 2007, be vacated, and that the matter be continued to September 7, 2007.

This continuance is jointly sought in light of the defense motion filed contemporaneously with this stipulation and which raises issues regarding the effect on the plea agreement and sentencing of the Court

of Appeals decisions in United States v. Ramirez, 347 F.3d 792 (9th Cir. 2003), and United States v. Hollis, __ F.3d __, 2007 U.S. App. LEXIS 14467 (9th Cir., June 20, 2007).

**IT IS SO STIPULATED**.

Dated:  August 22, 2007          /s/ Garth Hire
                                 GARTH HIRE
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Dated:  August 22, 2007          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ALONZO BANKS

## O R D E R

The parties' stipulated request for a continuance is hereby GRANTED.  The date for judgment and sentencing set for August 24, 2007, is hereby **vacated** and re-calendared for September 7, 2007.

**IT IS SO ORDERED**.

            By the Court,


August 22, 2007                  /s/ Edward J. Garcia
                                 Hon. Edward J. Garcia
                                 Senior United States District Judge


Stipulation & Order Continuing
Judgment and Sentencing          -2-