DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-0163 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING DATE |
| ) | |
| ALONZO BANKS, ) | |
| ) | Date:  September 7, 2007 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the Date for hearing on sentencing related motions and status of judgment and sentencing, now scheduled for September 7, 2007, be vacated, and that the matter be continued to September 14, 2007.

This continuance is sought by the defense in light of a personal scheduling conflict which counsel overlooked when asking that the

matter be heard on September 7, 2007.

**IT IS SO STIPULATED.**

Dated: August 30, 2007         /s/ Garth Hire
                               GARTH HIRE
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: August 30, 2007         /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               ALONZO BANKS

# O R D E R

The parties' stipulated request for a continuance is hereby GRANTED. The date for judgment and sentencing set for September 7, 2007, is hereby **vacated** and re-calendared for September 14, 2007.

**IT IS SO ORDERED.**

                By the Court,

August 31, 2007                /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               Senior United States District Judge

Stipulation & Order Continuing
Judgment and Sentencing        -2-