```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO BANKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-cr-0163 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | SENTENCING DATE |
| | ) | |
| ALONZO BANKS, | ) | |
| | ) | Date: September 21, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Garth Hire, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for ALONZO BANKS, that the status conference now scheduled for September 21, 2007, be vacated, and that the matter be continued to September 28, 2007.

/ / / /

/ / / /

   This continuance is sought because of the unavailability of

defense counsel who will be out of the state due to a family emergency.

**IT IS SO STIPULATED.**

Dated: September 18, 2007          /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Dated: September 18, 2007          /S/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ALONZO BANKS


# O R D E R

The parties' stipulated request for a continuance is hereby GRANTED. The date for judgment and sentencing set for September 7, 2007, is hereby **vacated** and re-calendared for September 14, 2007.

**IT IS SO ORDERED.**

                    By the Court,


September 18, 2007                 /s/ Edward J. Garcia
                                   Hon. Edward J. Garcia
                                   Senior United States District Judge


Stipulation & Order Continuing
Judgment and Sentencing            -2-