```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CR. NO. S-06-163-EJG |
| ALONZO BANKS, ) ) | SUMMARY ORDER |
| Defendant. ) _____) | |

    This case came before the Court on September 14, 2007, for a status hearing regarding judgment and sentencing. Defendant Alonzo Banks appeared with attorney Jeffrey Staniels, Assistant Federal Defender. Plaintiff United States of America was represented by Assistant U.S. Attorney William S. Wong. At the hearing, the Court considered the defendant's motion for determination of safety valve applicability. The Court concluded that the defendant was not qualified under the safety valve eligibility requirements pursuant to U.S.S.G. § 5C1.2. The Court further held that <u>United States v. Ramirez</u>, 347 F.3d 792 (9th Cir. 2003), is not applicable to the defendant's situation and, therefore, he is not eligible for safety valve eligibility. The Court concurred with the probation officer's

1  conclusion that the defendant's juvenile conviction counted for two
2  criminal history points.
3      Accordingly, the Court set the case for further status
4  regarding judgment and sentencing for September 28, 2007, at 10:00
5  a.m.
6      IT IS SO ORDERED.
7  DATED: October 1, 2007           /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
8                                   United States District Judge