DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALONZO BANKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 2:06-CR-0163 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE TRIAL AND EXCLUDE TIME |
| v. | ) | |
| ALONZO BANKS, aka Arlonzo Banks, | ) | Date: February 1, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendant. | ) | |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney William S. Wong and Special Assistant United States Attorney Garth Hire, and defendant Alonzo Banks ("defendant"), by and through his counsel of record, Assistant Federal Public Defender Jeffrey Staniels, hereby stipulate as follows:

     1.   This matter is currently scheduled for trial on February 19, 2008, with a trial confirmation hearing scheduled for February 1, 2008.

     2.   The parties have agreed to a disposition of this matter which entails defendant pleading guilty, pursuant to a plea

1

agreement, to an information presently filed in the Northern District of California that charges defendant with using a communications facility (telephone) to commit/facilitate narcotics trafficking in violation of 21 U.S.C. § 843(b).  The Northern District of California matter is <u>United States v. Alonzo Banks</u>, CR 08-00018 MJJ.  According to the parties' agreement, once defendant has pleaded guilty and is sentenced in the Northern District of California, the charges currently pending before this Court in <u>United States v. Alonzo Banks</u>, CR 06-00163 EJG, will be dismissed with prejudice.

    3.    The parties therefore request that the pending trial date and pre-trial conference be continued for approximately three months, to May 19, 2008, with a trial confirmation hearing /pretrial conference scheduled for May 1, 2008, to allow defendant's counsel both in the Northern and Eastern Districts of California to review the discovery and evidence against defendant from offenses in both districts and to allow time for defendant to be transferred to the Northern District of California to be arraigned, plead guilty, and be sentenced.

    4.    The parties agree that the time period from February 19, 2008, to May 19, 2008, is excludable from the time period in which trial must otherwise commence pursuant to the Speedy Trial Act, because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for

2

1  trial, taking into account due diligence, pursuant to 18 U.S.C.
2  §§ 3161(h)(8)(A), (B)(iv), and Local Rule T-4.
3       IT IS SO STIPULATED.
4  DATED: January 24, 2008

                                       Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender


                                        /S/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       ALONZO BANKS

                                       McGREGOR W. SCOTT
                                       United States Attorney


                                        /s/ Garth Hire
                                       WILLIAM S. WONG
                                       Assistant United States Attorney
                                       GARTH HIRE
                                       Special Assistant U.S. Attorney

                                       Counsel for the United States


                                   **ORDER**

   FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

   The currently scheduled trial date of February 19, 2008, and trial confirmation hearing of February 1, 2008, are hereby vacated. The trial date is continued to May 19, 2008, with a trial confirmation hearing /pretrial conference scheduled for 10:00 a.m. on May 1, 2008.

   Time having been excluded previously until February 19, 2008, time is hereby further excluded for purposes of the Speedy Trial Act from February 19, 2008, to May 19, 2008, pursuant to 18 U.S.C.

§§ 3161(h)(8)(A) & (B)(iv), and Local Code T-4, because that period of delay results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.  Specifically, this delay will allow defendant's counsel both in the Northern and Eastern Districts of California to review the discovery and evidence against defendant from offenses in both districts and to allow time for defendant to be transferred to the Northern District of California to be arraigned, plead guilty, and be sentenced, prior to the anticipated dismissal of the charges currently pending before this Court.

The United States Marshals Service is hereby ordered to transfer custody of defendant Alonzo Banks forthwith to the Northern District of California and present him before the Honorable Wayne D. Brazil, United States Magistrate, U.S. Courthouse, 1301 Clay Street, Oakland, California, for arraignment on the information in <u>United States v. Alonzo Banks</u>, CR 08-00018 MJJ.

IT IS SO ORDERED.

By the Court,

DATED: January 25, 2008     /s/ Edward J. Garcia
                            HONORABLE EDWARD J. GARCIA
                            SENIOR UNITED STATES DISTRICT JUDGE