McGREGOR W. SCOTT
United States Attorney

WILLIAM S. WONG (CASBN 85827)
Assistant United States Attorney
501 I Street, Suite 10-100
Telephone: (916) 554-2790
Facsimile: (916) 554-2899

GARTH HIRE (CASBN 187330)
Special Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3929
Facsimile: (510) 637-3724
E-Mail:    Garth.Hire@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:06-CR-0163 EJG |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ALONZO BANKS, ) | |
| aka Arlonzo Banks, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Eastern District of California dismisses the above-captioned indictment with prejudice. Pursuant to a plea agreement between the defendant and the United States Attorney's Offices for the Northern and Eastern Districts of California, defendant has pleaded guilty and been

sentenced for an offense committed in the Northern District of California.  Accordingly, and consistent with the parties' plea agreement in the Northern District of California, the government hereby dismisses with prejudice the indictment in the instant case.

DATED: April 7, 2008				Respectfully submitted,

					McGREGOR W. SCOTT
					United States Attorney


					 /s/ Garth Hire
					GARTH HIRE
					Special Assistant U.S. Attorney


**ORDER**

Leave of Court is hereby granted to the government to dismiss the above-captioned indictment with prejudice.


Date: April 4, 2008		/s/ Edward J. Garcia
				HONORABLE EDWARD J. GARCIA
				UNITED STATES DISTRICT JUDGE